STUART F. DELERY  JS-6
Acting Assistant Attorney General
Civil Division

ELIZABETH J. STEVENS
Assistant Director
District Court Section
Office of Immigration Litigation

SARAH B. FABIAN
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 532-4824
    Fax Number: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABC Sewing Company, Inc., et al., <br>     Plaintiffs, <br><br> vs. <br><br> Janet Napolitano, Secretary of the Department of Homeland Security, et al. <br>     Defendants. | No. CV 11-7657-JFW (JCG) <br><br> **JUDGMENT** <br><br><br> The Honorable John F. Walter <br> United States District Judge |

The Court, having considered the certified administrative record and pleadings filed herein, and having found that U.S. Citizenship and Immigration Services' decision to deny ABC Sewing Machine Co.'s Immigrant Petition for Alien Worker (Form I-140) on behalf of Do Hyun Kim was not arbitrary and capricious, or otherwise not in accordance with the law;

**HEREBY ORDERS, ADJUDGES, AND DECREES** that pursuant to the Court's order of July 5, 2012, Defendants' Motion for Summary Judgment is granted. Judgment is hereby entered in favor of Defendants.

DATED: July 10, 2012

_____
The Honorable John F. Walter
United States District Judge